IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ROGER LEON CANTRELL,**<br><br>**Defendant.** | **CR 25-10-GF-BMM**<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Roger Leon Cantrell, pled guilty to the Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the firearm, accessories and ammunition described in the Indictment under 18 U.S.C. § 924(d)(1); and

THAT prior to the disposition of the asset, the United States Marshals Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Cantrell's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Taurus, model 44, .44 caliber revolver, S/N: VG967307; and

- And any associated accessories and ammunition.

THAT the United States Marshals Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Fed. R. Crim. P. 32.2(b)(6), of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and 18 U.S.C. § 924(d), and to make its return to this Court that such action has been completed;

\\\

\\\

\\\

\\\

\\\

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 11th day of July, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts