# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER LEON CANTRELL,<br><br>Defendant. | Case No. CR 25-10-GF-BMM<br><br><br><br>ORDER |

Defendant, Roger Cantrall, having filed an Unopposed Motion for friend to Appear via Video (Zoom) for Sentencing;

IT IS HEREBY ORDERED the Defendant, Alicia Avis, may appear via video using Zoom for the Sentencing, currently scheduled for September 18, 2025, at 1:30 p.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this <u>18th</u> day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1